THE STATE OF OHIO, APPELLEE, *v.* BLANKENSHIP, APPELLANT.

[Cite as *State v. Blankenship* (1996), 74 Ohio St.3d 522.]

(No. 95–1923—Submitted November 14, 1995—Decided February 14, 1996.)

*John F. Holcomb,* Butler County Prosecuting Attorney, and *Richard A. Hyde,* Assistant Prosecuting Attorney, for appellee.

*Darryl J. Blankenship, pro se.*

---

*Per Curiam.* We affirm the court of appeals for the reasons stated in its entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.